**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2632**

---

ROBERT JAMES KENNY,

Plaintiff - Appellant,

versus

LOUIS FARRAKHAN, Minister; RICHMOND PUBLIC
LIBRARY; BECKY'S RESTAURANT; LINDLEY T. SMITH,
M.D., P.C.,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-416-3)

---

Submitted: January 20, 2000          Decided: January 28, 2000

---

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert James Kenny, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert James Kenny appeals the district court's order denying his motion to re-open a prior case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kenny v. Farrakhan, No. CA-99-416-3 (E.D. Va. Dec. 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2